UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIVIC D. LUAT,<br><br>        Plaintiff,<br><br>   v.<br><br>RAYMOND MABUS, Secretary Department of the United Status,<br><br>        Defendant. | Civil No. 11-cv-496-MMA (POR)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

   On February 14, 2012, the Court held an Early Neutral Evaluation.  Bonita Martinez, Esq. appeared on behalf of Plaintiff and Tim Stutler, Esq. appeared on behalf of Defendant.  The case did not settle.  After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

   1. The Rule 26(f) conference shall be completed on or before **March 9, 2012**.

   2. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **March 23, 2012**.

   3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **April 6, 2012**.

   4. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **April 26, 2012** at **9:30 a.m.** before the Honorable Louisa S Porter's successor.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Defendant's

1 | counsel shall initiate and coordinate the call.

2 | 5. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case
3 | hereafter.

4 | 6. Failure of any counsel or party to comply with this order may result in sanctions.

6 | DATED: February 15, 2012

_____
LOUISA S PORTER
United States Magistrate Judge

10 | cc: The Honorable Michael M. Anello
    All parties